**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Ste. 112
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 449-9016

Attorney for Defendant,
JACALYN LITTRELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 6:11-MJ-00080-MJS |
| | ) | |
| Plaintiff, | ) | WAIVER OF DEFENDANT'S PERSONAL APPEARANCE |
| vs. | ) | |
| JACALYN LITTRELL, | ) | |
| Defendant. | ) | |

TO THE ABOVE-ENTITLED COURT:

The Defendant JACALYN LITTRELL, having been advised of her right to be present at all stages of the proceedings, including, but not limited to, presentation of and arguments on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the right to be present at the hearing of any motion or other proceeding in this cause. Examples of hearings concerning which the defendant waives the right to be present include the initial appearance, when the case is set for trial, when a continuance is ordered, when a motion to set aside an indictment is heard, during a plea or change of plea, during sentencing or any case disposition, when a motion for reduction of bail or for a personal recognizance release is heard.

The undersigned Defendant requests the Court to proceed during every absence of the Defendant that the Court may permit pursuant to this waiver, and hereby agrees that her interest

is represented at all times by the presence of her attorney the same as if the Defendant were personally present in court, and further agrees that notice to Defendant's attorney that Defendant's presence in court on a particular day at a particular time is required as notice to the Defendant of the requirement of Defendant's appearance at that time and place.

Ms. Littrell is a high school administrator in Southern California. It is anticipated that she will be working in Southern California throughout the pendency of her case.

Dated: July 21, 2011                    By: /s/ Jacalyn Littrell
                                             JACALYN LITTRELL

Dated: July 21, 2011                    By: /s/ Carol Ann Moses
                                             CAROL ANN MOSES
                                             Attorney for Defendant,
                                             JACALYN LITTRELL

**ORDER**

IT IS SO ORDERED.

Dated:   July 27, 2011                  /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE